■ In the Matter of A. JAMES LABUE, an Attorney.—Resignation accepted and name stricken from the roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ. (Order entered Oct. 18, 1988.)

■ In the Matter of GEORGE T. MAHSHIE, an Attorney.— Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ. (Order entered Oct. 18, 1988.)

■ In the Matter of GAETANO L. COLLOZZI, for Reinstatement as an Attorney.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ In the Matter of PHILIP MCCLELLAND, an Attorney.— Resignation accepted and name stricken from the roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.